IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Orlando Division

UNITED STATES OF AMERICA,
          Plaintiff,
  vs.

Case No.: 6:09-CV-1852-Orl-28GJK

ASSETS DESCRIBED IN "ATTACHMENT A"
TO THE VERIFIED COMPLAINT
FOR FORFEITURE IN REM, ET AL.
_____/

## NOTICE OF PENDENCY OF RELATED CASE PURSUANT TO LOCAL RULE 1.04(d)

THIRD PARTY CLAIMANT, FIRST BANK & TRUST LEASING SERVICES, A DIVISION OF KINETIC LEASING, INC. (hereinafter "KINETIC"), by and through the undersigned counsel, and pursuant to Local Rule 1.04(d), informs the Court that, based on the allegations set forth in the affidavit and attachments in support of the Government's corrected verified complaint in this case (Doc. 10, Master Affidavit), including but not limited to, paragraphs 58 through 82 of that affidavit, and the affidavit and attachments in support of the government's verified complaint in *United States v. Sixty-Four 68.5 Lbs. (Approx.) Silver Bars, et al,* Case No. 6:09-CV-1851-ORL-28KRS (Doc. 1, DiPerna Affidavit), including, but not limited to, paragraphs 26 to 31of that affidavit, the undersigned counsel certifies that he has a good faith belief that this case is related to *United States v. Sixty-Four 68.5 Lbs. (Approx.) Silver Bars, et al,* Case No. 6:09-CV-1851-ORL-28KRS.

RESPECTFULLY SUBMITTED, this January 8, 2010.

                                                **H. MANUEL HERNÁNDEZ, P.A.**

                                                /s/ *H. Manuel Hernández*
                                                H. MANUEL HERNÁNDEZ
                                                Florida Bar No. 0775843
                                                P.O. Box 916692
                                                Longwood, Fl   32791
                                                Telephone:     407-682-5553
                                                Fax:                407-682-5543
                                                Email: manny@hmh4law.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this January 8, 2010,  I electronically filed the foregoing document with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following:  Nicole M. Andrejko, Assistant U.S. Attorney.

    I further certify that I have provided a copy of this motion and the notice of electronic filing to the following by hand/mail/fax or e-mail to non CM/ECF participants: Al Hintz, President, FIRST BANK & TRUST LEASING SERVICES. A DIVISION OF KINETIC LEASING, INC.


                                                /s/ *H. Manuel Hernández*
                                                H. MANUEL HERNÁNDEZ