# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

-vs-                                                    **Case No. 6:09-cv-1852-Orl-28GJK**

**ASSETS DESCRIBED IN "ATTACHMENT A" TO THE VERIFIED COMPLAINT FORFEITURE IN REM,**

    **Defendant.**

_____

## ORDER

This case is before the Court on Claimants DWB Holding Co.'s and DWB Developers, LLC's Motion to Dismiss the Amended Verified Complaint as to all Funds Seized from the M&I Bank, Whitney National Bank, and Regions Bank Accounts (Doc. No. 61) filed January 22, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 11, 2010 (Doc. No. 208) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Court finds that the Amended Complaint and the Affidavit attached thereto (Doc. No. 56) sufficiently state with particularity the circumstances under which the forfeiture

claim arises as to the bank accounts at M&I Bank, Whitney National Bank, and Regions Bank (collectively, the "Bank Accounts"). The Amended Complaint and Affidavit set forth detailed facts supporting a reasonable belief that the Government will be able to meet its burden of proof at trial.

3. The Court finds that the sixty (60) day notice provisions contained in 18 U.S.C. § 983(a)(1)(A)(I) only apply to administrative forfeiture proceedings.

4. The Court finds DWB Holding Company and DWB Developers, LLC's due process defense not appropriate for a Rule 12(b)(6) motion and there is insufficient evidence at this time to convert the Motion into a motion for summary judgment.

5. Claimants DWB Holding Co.'s and DWB Developers, LLC's Motion to Dismiss the Amended Verified Complaint as to all Funds Seized from the M&I Bank, Whitney National Bank, and Regions Bank Accounts (Doc. No. 61) is **DENIED**.

6. DWB Holding Co. and DWB Developers, LLC shall file an Answer to the Amended Complaint within twenty-one (21) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __17th__ day of June, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge