UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

   v.                                    Case No. 6:09-cv-1852-Orl-28GJK

**ASSETS DESCRIBED IN
"ATTACHMENT A" TO THE
VERIFIED COMPLAINT
FOR FORFEITURE IN REM,**

   **Defendants.**

**FOURTH AND FINAL JUDGMENT OF FORFEITURE**

Pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C), the United States has filed a Fourth and Final Motion for Judgment of Forfeiture. Doc. 315. The Court, being fully advised, finds that the complaint has been filed and service of process has been completed in accordance with the provisions of Rule G of the Supplemental Rules for Admiralty or Maritime Claims, Federal Rules of Civil Procedure.

The only claimants to the remaining defendant assets – First Bank & Trust Leasing Services, a Division of Kinetic Leasing, Inc. (Kinetic), First Security Bank & Trust Company, as assignee of Bank of Wyoming (First Security), DWB Holding, Co., Brittany Benevides, and companies controlled by Pedro Benevides (Skyview Aviation Inc., Superior International Timeshares LLC, Superior International Investments Corp, Skyview Investments Group LLC, Supreme Car Wash LLC, Skyview Trust LLC, Skyview Limo Service of Central Florida LLC, Skyview Exotic

Car Rental LLC, Skyview International Investments LLC, Skyview Air Inc, Benevides & Associates LLC, Infinity Mortgage Group LLC, Infinity Properties LLC, ABC Auto Wholesalers Inc, DiVello Family LLC, Fidelity Investment Group LLC, MK & FK Management Inc, RGB Outdoor Advertising, LLC, DiVello Family LLC d/b/a Days Inn Seastone, MK & FK Management, Inc d/b/a Knights Inn, Skyview Construction LLC, PBBB Investments LLC, and DiVello Family Trust LLC) have agreed to the forfeiture of the defendant assets described more fully below. *See* Docs 279 at Exhibit 3, 218 at Exhibit 1, and 315 at Exhibits A and B.

No other persons or entities have filed a claim in these proceedings, and the time for filing a claim to any of the remaining defendant assets in this forfeiture action has expired.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the United States' Fourth and Final Motion for Judgment of Forfeiture is GRANTED.  It is FURTHER **ORDERED** that, pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C), all right, title, and interest in the following defendant assets, are hereby CONDEMNED and FORFEITED to the United States of America for disposition according to law, free and clear of all claims by Kinetic, First Security, DWB Holding, Co., Brittany Benevides, Pedro Benevides (and the above-referenced companies that he controls) and all others:

A. **Vehicles:**

1. 2008 Blue Lamborghini Murcielago, VIN #ZHWBU47S98LA02961, titled in the name of Skyview Aviation; and

2. 2009 White Audi R8, VIN #WUAAU34259N000746, titled in the name of Skyview Aviation.

B. **Financial Accounts:**

1. Approximately $1,006,042.52 seized from SunTrust Bank Account #1000084021137 held in the name of Superior International Timeshares LLC;[1]

2. Approximately $8,374,651.54 seized from SunTrust Bank Account #1000084021285 held in the name of Superior International Investments Corp;[2]

3. Approximately $303,521.37 seized from RockBridge Commercial Bank Account #200002899 held in the name of Superior International Investments Corp;[3]

4. Approximately $20,333.41 seized from RockBridge Commercial Bank Account #200001507 held in the name of Skyview Investments Group LLC;

5. Approximately $39,606.82 seized from RockBridge Commercial Bank Account #200001531 held in the name of Supreme Car Wash LLC;

6. Approximately $12,627.65 seized from RockBridge Commercial Bank Account #400002469 held in the name of Superior International Investments Corp;

7. Approximately $74,978.00 seized from RockBridge Commercial Bank Account #200001353 held in the name of Superior International Investments Corp;

---

[1] This asset is only subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).
[2] This asset is only subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).
[3] This asset is only subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

8. Approximately $14,165.50 seized from RockBridge Commercial Bank Account #200002902 held in the name of Superior International Timeshares LLC;

9. Approximately $10,250.01 seized from RockBridge Commercial Bank Account #200001523 held in the name of Skyview Trust LLC;

10. Approximately $9,767.88 seized from RockBridge Commercial Bank Account #200001515 held in the name of Skyview Limo Service of Central Florida LLC;

11. Approximately $110,699.89 seized from RockBridge Commercial Bank Account #200000845 held in the name of Sky View Aviation Inc.;

12. Approximately $15,826.61 seized from RockBridge Commercial Bank Account #200001485 held in the name of Skyview Exotic Car Rental LLC;

13. Approximately $12,115.57 seized from RockBridge Commercial Bank Account #200001493 held in the name of Skyview International Investments LLC;

14. Approximately $13,681.94 seized from RockBridge Commercial Bank Account #200001477 held in the name of Skyview Air Inc;

15. Approximately $11,943.88 seized from RockBridge Commercial Bank Account #200001426 held in the name of Benevides & Associates LLC;

16. Approximately $12,581.14 seized from RockBridge Commercial Bank Account #200001299 held in the name of Infinity Mortgage Group LLC;

17. Approximately $11,739.81 seized from RockBridge Commercial Bank Account #200001450 held in the name of Infinity Properties LLC;

18. Approximately $8,271.56 seized from RockBridge Commercial Bank Account #200001418 held in the name of ABC Auto Wholesalers Inc;

19. Approximately $10,685.99 seized from RockBridge Commercial Bank Account #200001434 held in the name of DiVello Family LLC;

20. Approximately $14,354.64 seized from RockBridge Commercial Bank Account #200001442 held in the name of Fidelity Investment Group LLC;

21. Approximately $11,900.00 seized from RockBridge Commercial Bank Account #200001469 held in the name of MK & FK Management Inc;

22. Approximately $10,191.50 seized from RockBridge Commercial Bank Account #200001302 held in the name of RGB Outdoor Advertising, LLC;

23. Approximately $363,247.19 seized from SunTrust Account #1000075166313 held in the name of DiVello Family LLC d/b/a Days Inn Seastone;

24. Approximately $85,454.78 seized from SunTrust Account #1000046692819 held in the name of MK & FK Management, Inc d/b/a Knights Inn;

25. Approximately $18,235.04 seized from Old Southern Bank Account #0106000144 held in the name of Superior International Investments Corp;

26. Approximately $864,985.00 seized from SunTrust Account #1000077641073 held in the name of Infinity Mortgage LLC;

27. Approximately $439,815.22 seized from Community Bank of Florida Account #1308453 held in the name of Superior International Investments Corp;

28. Approximately $529,713.97 of the $1,729,713.97 seized from Old Southern Bank Account #0110001419 held in the name of Superior International Investments Corp;

29. Approximately $85,256.43 seized from Old Southern Bank Account #0110001393 held in the name of Sky View Aviation Inc;

30. Approximately $200.00 seized from Old Southern Bank Account #0110001641 held in the name of Skyview Air Inc;

31. Approximately $19,845.71 seized from Old Southern Bank Account #0110001658 held in the name of Skyview Construction LLC;

32. Approximately $100.00 seized from Old Southern Bank Account #0110001724 held in the name of Skyview International Investments LLC;

33. Approximately $100.00 seized from Old Southern Bank Account #0110001757 held in the name of Skyview Trust LLC;

34. Approximately $100.00 seized from Old Southern Bank Account #0110001427 held in the name of Superior International Timeshares;

35. Approximately $5,141.42 seized from Old Southern Bank Account #0110001609 held in the name of Fidelity Investment Group LLC;

36. Approximately $100.00 seized from Old Southern Bank Account #0110001625 held in the name of MK & FK Management Inc;

37. Approximately $100.00 seized from Old Southern Bank Account #0110001666 held in the name of Supreme Car Wash LLC;

38. Approximately $100.00 seized from Old Southern Bank Account #0110001690 held in the name of DiVello Family Trust LLC;

39. Approximately $100.00 seized from Old Southern Bank Account #0110001708 held in the name of Benevides & Associates LLC;

40. Approximately $100.00 seized from Old Southern Bank Account #0110001716 held in the name of PBBB Investments LLC;

41. Approximately $35.00 seized from 1st National Bank of Central Florida Account #0002112426 held in the name of Superior International Investments Corp;

42. Approximately $602,398.47 seized from 1st National Bank of Central Florida Account #2506963 held in the name of Superior International Investments Corp.;

43. Approximately $24,350,221.35 seized from M&I Bank Account #46017675, held in the name of DWB Holding, Co.;[4]

44. Approximately $71,736.84 seized from Bank First Bank Account #100002294 held in the name of Brittany Benevides;

45. Approximately $200,551.20 seized from Bank First Bank Account #200001188 held in the name of Brittany Benevides;

46. Approximately $251,535.35 seized from Bank First Bank Account #200001162 held in the name of Brittany Benevides;

47. Approximately $200,551.20 seized from Bank First Bank Account #200001170 held in the name of Brittany Benevides;

48. Approximately $403,619.83 seized from CNL Bank Account #0001044171 held by Brittany Benevides; and

49. Approximately $484,870.45 seized from CNL Bank Account #0007022585 held by Brittany Benevides.

---

[4] This asset is only subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

In accordance with the Stipulated Settlement Agreement between the United States and Claimant First Security, $1.2 million of the $1,729,713.97 seized from Old Southern Bank Account #0110001419 held in the name of Superior International Investments Corp shall be dismissed from this action and paid to First Security pursuant to the terms of its settlement agreement.

The Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Chambers in Orlando, Florida, this 24th day of July, 2014.

JOHN ANTOON, II
UNITED STATES DISTRICT JUDGE